# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TIARE TECHNOLOGY, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> STARBUCKS CORPORATION, § <br> § <br> *Defendant*. § <br> § | Case No. 2:23-CV-00253-JRG-RSP <br> (LEAD CASE) |

## ORDER

Before the Court is the Agreed Motion to Dismiss (the "Motion") filed by Tiare Technology, Inc. ("Plaintiff"). (Dkt. No. 42.) In the Motion, Plaintiff moves for dismissal WITH prejudice of all claims and causes of action against Defendant H.E. Butt Grocery Company pursuant to Federal Rule of Civil Procedure 41(a)(2). (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant H.E. Butt Company are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief between Tiare and H.E.B. not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** member case 2:23-cv-251 as no parties or claims remain.

**So ORDERED and SIGNED this 18th day of October, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE